It is ORDERED that the petition for certification is denied.

157 A.3d 862

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LENNOX RISDEN, DEFENDANT–PETITIONER.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001602–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 862

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. SHARIEF MUHAMMED (A/K/A SHAREEF H. MUHAMMAD, SHAREEF MUHAMMAD, SHAREEF MOHAMMED, COREY PITTMAN, SHARIEF H. MUHAMMED, SHARIEF MUHAMMAD), DEFENDANT–PETITIONER.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002965–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.